LATHAM & WATKINS LLP
Nicole C. Valco (Bar No. 258506)
  *nicole.valco@lw.com*
Scott D. Joiner (Bar No. 223313)
  *scott.joiner@lw.com*
Ward A. Penfold (Bar No. 284969)
  *ward.penfold@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
T: 415.391.0600 // F: 415.395.8095

*Attorneys for Defendant*
*Wag Hotels, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Alison Wisdom, Jeffrey Wisdom, and Michelle Shelton, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Wag Hotels, Inc.,<br><br>Defendant. | Case No. 3:24-cv-01162-LJC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiffs Alison Wisdom, Jeffrey Wisdom, and Michelle Shelton ("Plaintiffs") and Defendant Wag Hotels, Inc. ("Wag") (collectively, the "Parties"), through their respective attorneys of record, herein enter into this Stipulation pursuant to Local Rule 6-1(a) with reference to the following circumstances:

WHEREAS, on January 3, 2024, Plaintiffs filed a complaint captioned *Alison Wisdom, Jeffrey Wisdom, and Michelle Shelton, individually and on behalf of all others similarly situated v. Wag Hotels, Inc.* in the Superior Court of the State of California for the County of San Mateo, Case No. 24-CIV-00040 (the "Complaint");

WHEREAS, on January 28, 2024, Plaintiffs effectuated service of the Complaint on Wag;

WHEREAS, on February 26, 2024, Wag filed its Notice of Removal of this matter from the Superior Court of the State of California for the County of San Mateo;

WHEREAS, the current deadline for Wag to file an answer or otherwise respond to the Complaint is seven days after the date of removal, or March 4, 2024;

WHEREAS, the Parties stipulate to extend the deadline for Wag to answer or otherwise respond to the Complaint by 21 days;

WHEREAS, extending Wag's deadline to answer or otherwise respond to the Complaint as set forth above will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that extending Wag's deadline to answer or otherwise respond to the Complaint as set forth above will facilitate the efficient resolution of any dispute, avoid duplicative briefing and conserve judicial resources; and

WHEREAS, the Parties agree that by entering into this stipulation, Plaintiffs do not waive any right to challenge removal and file a motion for remand;

WHEREAS, the Parties agree that this stipulation does not waive any party's right to request further extensions.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Wag, that the deadline for Wag to answer or otherwise respond to the Complaint shall be extended by 21 days to March 25, 2024.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-cv-01162-LJC

Dated: February 27, 2024                    Respectfully submitted,


By: /s/ Nicole C. Valco
Nicole C. Valco (Bar No. 258506)
 nicole.valco@lw.com
Scott D. Joiner (Bar No. 223313)
 scott.joiner@lw.com
Ward A. Penfold (Bar No. 284969)
 ward.penfold@lw.com
LATHAM & WATKINS LLP
505 Montgomery St., Suite 2000
San Francisco, California 94111
T: 415.391.0600 // F: 415.395.8095

*Attorneys for Defendant*
*Wag Hotels, Inc.*


Dated: February 27, 2024                    By: /s/ Amber L. Schubert
Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER &**
**KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone:      (415) 788-4220
Facsimile:      (415) 788-0161
E-mail:         rschubert@sjk.law
                aschubert@sjk.law

*Counsel for Plaintiffs*
*Alison Wisdom, Jeffrey Wisdom, and*
*Michelle Shelton*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-cv-01162-LJC

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation to Extend Time to Respond to Complaint Pursuant to Local Rule 6-1(a).

Pursuant to L.R 5-1(i)(3) regarding signatures, I, Nicole C. Valco, attest that concurrence in the filing of this document has been obtained.

Dated: February 27, 2024

*/s/ Nicole C. Valco*
Nicole C. Valco

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 3:24-cv-01162-LJC