Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

L. Timothy Fisher (No. 191626)
Brittany S. Scott (No. 327132)
Jenna L. Gavenman (No. 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com
bscott@bursor.com
jgavenman@bursor.com

*Co-Interim Class Counsel*

[additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: WAG HOTELS, INC. PET SAFETY LITIGATION<br><br>This Document Relates To:<br>All Actions | Case No. 4:24-cv-01162-JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER STAYING CASE**<br><br>Hon. Jon S. Tigar |

Plaintiffs Alison Wisdom, Jeffrey Wisdom, Michelle Shelton, Jessica Diamond, Jordan Williams, Kerri Rosenberg, LaDonna Shuttleworth, Pauline Bell, and Jack Piper ("Plaintiffs") and Defendant Wag Hotels, Inc ("Defendant" or "Wag") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 19, 2024, Wag filed a motion to compel Plaintiffs' claims to arbitration (ECF No. 39) (the "Motion");

WHEREAS, Plaintiffs filed their opposition to Defendant's Motion on August 16, 2024;

WHEREAS, Defendant filed its reply (ECF No. 41) in support of the Motion on September 6, 2024;

WHEREAS, the Court took the Motion under submission on September 23, 2024;

WHEREAS, the Parties mediated this case before Robert A. Meyer of JAMS on August 28, 2024;

WHEREAS, the Parties were unable to resolve this case at the mediation, but have continued to discuss potential resolution;

WHEREAS, the Parties are nearing agreement on a settlement in principle and require additional time to finalize the settlement;

WHEREAS, the Parties have met and conferred, and agree good cause exists to stay the case for sixty (60) days while they finalize the terms of any potential settlement;

WHEREAS, the only date presently set before this Court is the January 31, 2025 deadline to amend/add new parties, and it would be in the interest of judicial economy to stay the case to afford the Parties the opportunity to finalize a settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, subject to Court approval that:

1. The case is stayed for sixty (60) days; and
2. The Parties shall file a joint status report advising the Court on the status of settlement seven (7) court days before the stay is lifted.

Respectfully submitted,

Dated: November 15, 2024

*/s/ Amber L. Schubert*

Robert C. Schubert (No. 62684)
Amber L. Schubert (No. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law

Dated: November 15, 2024

*/s/ Brittany S. Scott*

L. Timothy Fisher (No. 191626)
Brittany S. Scott (No. 327132)
Jenna L. Gavenman (No. 348510)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com
bscott@bursor.com
jgavenman@bursor.com

*Co-Interim Class Counsel*

Dated: November 15, 2024

*/s/ Nicole C. Valco*

Nicole C. Valco (No. 258506)
Scott D. Joiner (No. 223313)
Ward A. Penfold (No. 284969)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel: (415) 391-0600
nicole.valco@lw.com
scott.joiner@lw.com
ward.penfold@lw.com

*Counsel for Defendant Wag Hotels, Inc.*

**ATTESTATION**

I, Brittany S. Scott, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents, and have authorized the filing.

*/s/ Brittany S. Scott*

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' Stipulation, the Court hereby ORDERS:

1. The case is stayed for sixty (60) days; and
2. The Parties shall file a joint status report advising the Court on the status of settlement seven (7) court days before the stay is lifted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 21, 2024

JON S. TIGAR
United States District Judge