UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON WISDOM, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>WAG HOTELS, INC.,<br><br>               Defendant. | Case No. 24-cv-01162-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 51 |

The parties have filed a joint status report that the Court construes as a notice of settlement. ECF No. 51 at 2 ("The Parties now report to the Court that, on March 14, 2025, they executed a confidential settlement agreement to resolve this action with regard to the Plaintiffs on an individual basis."). Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 18, 2025

                                                                            _____
                                                                                   JON S. TIGAR
                                                                    United States District Judge